UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR122-0106

UNITED STATES OF AMERICA ) INDICTMENT NO.
)
v. ) 18 U.S.C. § 751(a)
) Escape from Custody
RYAN RUFUS HARRIS )

FILED
U.S. DISTRICT COURT
2022 NOV -2 P 4:05
CLERK
SO. DIST. OF GA.

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*Escape from Custody*
18 U.S.C. § 751(a)

On or about October 8, 2022, in Richmond County, within the Southern District of Georgia, the defendant,

**RYAN RUFUS HARRIS,**

did knowingly escape from custody in the Dismas Residential Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Georgia upon a sentence for a violation of the terms and conditions of supervised release following a sentence for the offense of Distribution of Cocaine Base, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 751(a).

*Signatures on the following page.*

A True Bill.

David H. Estes
United States Attorney

Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division